O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA ANNE BROWN, STEVEN LEE BRANCH,<br><br>               Plaintiffs,<br><br>   v.<br><br>PROGRESSIVE WEST INSURANCE COMPANY,<br><br>               Defendant. | Case No. CV 12-04074 DDP (DTBx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |

    It is not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

    Accordingly, the parties are ordered to file cross-briefs, not to exceed ten pages, by no later than August 10, 2012, to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.

    The court notes that the Plaintiffs have the burden of establishing diversity jurisdiction. If a party does not file a

brief, the court will regard that party as not opposing dismissal of this matter for lack of subject matter jurisdiction.

IT IS SO ORDERED.


Dated: July 27, 2012

                                  DEAN D. PREGERSON
                                  United States District Judge